IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| OPTIMUM IMAGING TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION,<br><br>Defendant. | Civil Action No. 4:23-cv-00928-ALM |

**DEFENDANT SONY CORPORATION'S
ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT**

Defendant Sony Corporation ("Sony") answers the Complaint filed by Plaintiff Optimum Imaging Technologies LLC ("Plaintiff" or "OIT") as follows:

**THE PARTIES**

1. Sony lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1, and therefore denies them.

2. Sony admits that Sony Corporation is a corporation organized under the laws of Japan, with its principal place of business located at 1-7-1 Konan Minato-ku, Tokyo, 108-0075, Japan. Otherwise denied.

**JURISDICTION AND VENUE**

3. Sony admits that this action arises under the patent laws of the United States.

4. Sony admits that 28 U.S.C. §1331 and 1338(a) grant this Court subject matter jurisdiction over this action, but Sony denies the legal and factual sufficiency of OIT's claims and allegations.

5. For purposes of this action only, Sony does not contest personal jurisdiction. Otherwise denied.

6. Sony admits that the website https://electronics.sony.com/retailers states "Sony Authorized Dealer Directory." Sony admits that retailers that carry Sony-branded products, including Best Buy and Bass Pro Shops, are found within Texas. Otherwise denied.

7. Sony admits that the websites sony.com and electronics.sony.com are accessible in the United States. Otherwise denied.

8. For purposes of this action only, Sony does not contest personal jurisdiction. Otherwise denied.

9. Sony admits that the Sony Corporation is a foreign entity. For purposes of this action only, Sony does not contest venue. Otherwise denied.

## FACTUAL ALLEGATIONS

10. Sony admits that the '805 patent indicates on its cover page that it is titled "Digital imaging system and methods for selective image filtration," and that Neal Solomon is listed as the sole inventor. Sony admits that the '339 patent indicates on its cover page that it is titled "Digital imaging system for correcting image aberrations," and that Neal Solomon is listed as the sole inventor. Sony admits that the '685 patent indicates on its cover page that it is titled "Digital imaging system for correcting video image aberrations," and that Neal Solomon is listed as the sole inventor. Sony admits that the '266 patent indicates on its cover page that it is titled "Digital camera with wireless image transfer," and that Neal Solomon is listed as the sole inventor. Otherwise denied.

11. Sony lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11, and therefore denies them.

12. Sony admits that the Abstract for the '339 patent states the quoted language in this paragraph. The remaining allegations of paragraph 12, which characterize the Asserted Patents, are denied because the Asserted Patents speak for themselves.

13. The allegations of paragraph 13, which characterize the Asserted Patents, are denied because the Asserted Patents speak for themselves.

14. Sony admits that the image shown in paragraph 14 bears similarity to Figure 1 of each of the Asserted Patents. Otherwise denied.

15. Denied.

16. Sony admits that the website https://helpguide.sony.net/ilc/1830/v1/en/contents/TP0002389818.html states the quoted phrases in this paragraph attributed to this website. Sony admits that the website https://www.sony.com/electronics/support/downloads/00016361 describes downloading an ILCE-9 System Software (Firmware) update. Otherwise denied.

17. Denied.

### COUNT I (Infringement of the '805 Patent)

18. Sony incorporates by reference its answers to paragraphs 1-17 as if fully set forth herein.

19. Sony admits that the '805 Patent indicates on its cover page that it has the title "Digital imaging system and methods for selective image filtration," that it was issued on November 3, 2009, from Application No. 11/825/521, published at US2008/0174678 on Jul. 24, 2008, and that it claims priority to provisional application 60/807,065 filed on Jul. 11, 2006. Sony denies that there is an Exhibit A attached to the Complaint. Otherwise denied.

20. Sony admits that 35 U.S.C. § 282(a) provides a presumption of patent validity in some contexts. Otherwise denied.

21. Sony lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21, and therefore denies them.

22. Sony admits that the two paragraphs that follow this paragraph purportedly list claims 1 and 9 of the '805 Patent. Otherwise denied.

23. Sony admits the allegations in this paragraph.

24. Sony admits the allegations in this paragraph.

25. Sony admits that https://www.sony.com/electronics/support/res/manuals/W000/W0002199M.pdf purports to be a brochure for Sony α9, and that the images included in this paragraph appear in this purported Sony α9 Brochure. Otherwise denied.

26. Denied.

27. Sony admits that the image included in this paragraph appears in the purported Sony α9 Brochure. Otherwise denied.

28. Sony admits the quoted phrases in this paragraph appear in the purported Sony α9 Brochure. Otherwise denied.

29. Denied.

30. Sony admits the quoted phrases in this paragraph appear in the purported Sony α9 Brochure. Otherwise denied.

31. Sony admits that the image and quoted phrases included in this paragraph appear in the website https://helpguide.sony.net/ilc/1830/v1/en/contents/TP0002389818.html. Otherwise denied.

32. Sony admits that the image included in this paragraph appears in the purported Sony α9 Brochure. Otherwise denied.

33. Denied.

34. Sony admits that the image included in this paragraph appears in the website https://helpguide.sony.net/ilc/1830/v1/en/contents/TP0002351905.html, which states "Still images are recorded in a folder that is automatically created inside the DCIM folder on the memory card." Otherwise denied.

35. Denied.

36. Denied.

37. Denied.

38. Sony admits that it became aware of the '805 Patent after service of the complaint in this lawsuit. Otherwise denied.

39. Denied.

40. Denied.

41. Sony admits that the '805 Patent indicates on its cover page that it was published on July 24, 2008, and issued on November 3, 2009. Sony admits U.S. Patent No. 7,834,915 indicates on its cover page that it was issued from U.S. Patent App. No. 11/907,201, and that the '805 Patent was cited by a patent examiner. Sony admits U.S. Patent No. 8,792,774 indicates on its cover page that the '805 Patent was cited by a patent examiner. Sony admits that it became aware of the '805 Patent after service of the complaint in this lawsuit. Otherwise denied.

## COUNT II (Infringement of the '339 Patent)

42. Sony incorporates by reference its answers to paragraphs 1-41 as if fully set forth herein.

43. Sony admits that the '339 Patent indicates on its cover page that it has the title "Digital imaging system for correcting image aberrations," that it was issued on May 28, 2013, from Application No. 12/586,221, and on column 1 that it claims priority to U.S. patent

application Ser. No. 11/825,521 and provisional application 60/807,065 filed on Jul. 11, 2006. Sony denies that there is an Exhibit B attached to the Complaint. Otherwise denied.

44. Sony admits that 35 U.S.C. § 282(a) provides a presumption of patent validity in some contexts. Otherwise denied.

45. Sony lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45, and therefore denies them.

46. Sony admits that the two paragraphs that follow this paragraph purportedly list claims 1 and 14 of the '339 Patent. Otherwise denied.

47. Sony admits the allegations in this paragraph.

48. Sony admits the allegations in this paragraph.

49. Sony admits that the images included in this paragraph appear in the purported Sony α9 Brochure. Otherwise denied.

50. Denied.

51. Sony admits that the image included in this paragraph appears in the purported Sony α9 Brochure. Otherwise denied.

52. Sony admits the quoted phrases in this paragraph appear in the purported Sony α9 Brochure. Otherwise denied.

53. Sony admits the quoted phrases in this paragraph appear in the purported Sony α9 Brochure. Otherwise denied.

54. Sony admits that "Lens compensation" is mentioned in the website https://helpguide.sony.net/ilc/1830/v1/en/contents/TP0002389818.html, and that the purported α9 brochure mentions "Lens Comp." Otherwise denied.

55. Denied.

56. Sony admits the purported α9 brochure mentions dual media slots and still and movie storage. Otherwise denied.

57. Sony admits that the image and quoted phrases included in this paragraph appear in the website https://helpguide.sony.net/ilc/1830/v1/en/contents/TP0002389818.html. Otherwise denied.

58. Denied.

59. Sony admits that the image included in this paragraph appears in the website https://helpguide.sony.net/ilc/1830/v1/en/contents/TP0002351905.html, which states "Still images are recorded in a folder that is automatically created inside the DCIM folder on the memory card." Otherwise denied.

60. Denied.

61. Denied.

62. Denied

63. Sony admits that it became aware of the '339 Patent after service of the complaint in this lawsuit. Otherwise denied.

64. Denied.

65. Denied.

66. Denied.

67. Sony admits that the '805 Patent indicates on its cover page that it was published on July 24, 2008, and issued on November 3, 2009. Sony admits U.S. Patent No. 7,834,915 indicates on its cover page that it was issued from U.S. Patent App. No. 11/907,201, and that the '805 Patent was cited by a patent examiner. Sony admits U.S. Patent No. 8,310,523 indicates on its cover pages that it was issued from U.S. Patent App. No. 12/548,705, and that U.S. Patent

Publication No. 2010/0033604A1, which is a published patent application for the '339 Patent, was cited by a patent examiner. Sony admits that it became aware of the '339 Patent after service of the complaint in this lawsuit. Otherwise denied.

### COUNT III (Infringement of the '685 Patent)

68. Sony incorporates by reference its answers to paragraphs 1-67 as if fully set forth herein.

69. Sony admits that the '685 Patent indicates on its cover page that it has the title "Digital imaging system for correcting video image aberrations," that it was issued on December 22, 2020, from Application No. 13/691,805, and that it claims priority to U.S. patent application Ser. No. 11/825,521, now Pat. No. 7,612,805, and provisional application 60/807,065 filed on Jul. 11, 2006. Sony denies that there is an Exhibit C attached to the Complaint. Otherwise denied.

70. Sony admits that 35 U.S.C. § 282(a) provides a presumption of patent validity in some contexts. Otherwise denied.

71. Sony lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71, and therefore denies them.

72. Sony admits that claim 1 of the '685 Patent is listed in this paragraph. Otherwise denied.

73. Sony admits that the images included in this paragraph appear in the purported Sony α9 Brochure. Otherwise denied.

74. Denied.

75. Sony admits that the image included in this paragraph appears in the purported Sony α9 Brochure. Otherwise denied.

76. Sony admits that the image included in this paragraph appears in the website https://helpguide.sony.net/ilc/1830/v1/en/contents/TP0002389818.html. Sony admits that the purported α9 brochure uses the word "menu". Otherwise denied.

77. Sony admits the quoted phrases in this paragraph appear in the purported Sony α9 Brochure. Otherwise denied.

78. Sony admits the quoted phrases in this paragraph appear in the purported Sony α9 Brochure. Otherwise denied.

79. Denied.

80. Sony admits that "Lens compensation" is mentioned in the website https://helpguide.sony.net/ilc/1830/v1/en/contents/TP0002389818.html, and that the purported α9 brochure mentions "Lens Comp." Otherwise denied.

81. Sony admits the purported α9 brochure mentions "Lens Comp." Otherwise denied.

82. Denied.

83. Denied.

84. Sony admits that it became aware of the '685 Patent after service of the complaint in this lawsuit. Otherwise denied.

85. Denied.

86. Denied.

87. Denied.

88. Sony admits that the '805 Patent indicates on its cover page that it was published on July 24, 2008, and issued on November 3, 2009. Sony admits U.S. Patent No. 7,834,915 indicates on its cover page that it was issued from U.S. Patent App. No. 11/907,201, and that

the '805 Patent was cited by a patent examiner. Sony admits that it became aware of the '339 Patent after service of the complaint in this lawsuit. Otherwise denied.

## COUNT IV (Infringement of the '266 Patent)

89. Sony incorporates by reference its answers to paragraphs 1-88 as if fully set forth herein.

90. Sony admits that the '266 Patent indicates on its cover pages that it has the title "Digital camera with wireless image transfer," that it was issued on December 29, 2020, from Application No. 16/692,972, and that it claims priority to U.S. patent application Ser. No. 11/825,521, now Pat. No. 7,612,805, and provisional application 60/807,065 filed on Jul. 11, 2006. Sony denies that there is an Exhibit D attached to the Complaint. Otherwise denied.

91. Sony admits that 35 U.S.C. § 282(a) provides a presumption of patent validity in some contexts. Otherwise denied.

92. Sony lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92, and therefore denies them.

93. Sony admits that claim 1 of the '266 Patent is listed in this paragraph. Otherwise denied.

94. Sony admits that the images included in this paragraph appear in the purported Sony α9 Brochure. Otherwise denied.

95. Denied.

96. Denied.

97. Sony admits the quoted phrases in this paragraph appear in the purported Sony α9 Brochure. Otherwise denied.

98. Sony admits that "Lens compensation" is mentioned in the website https://helpguide.sony.net/ilc/1830/v1/en/contents/TP0002389818.html, and that the purported α9 brochure mentions "Lens Comp." Otherwise denied.

99. Denied.

100. Sony admits that the image included in this paragraph appears in the website https://helpguide.sony.net/ilc/1830/v1/en/contents/TP0002351905.html, which states "Still images are recorded in a folder that is automatically created inside the DCIM folder on the memory card." Otherwise denied.

101. Sony admits that the image included in this paragraph appears in the purported Sony α9 Brochure. Otherwise denied.

102. Denied.

103. Denied.

104. Sony admits that it became aware of the '266 Patent after service of the complaint in this lawsuit. Otherwise denied.

105. Denied.

106. Denied.

107. Denied.

108. Sony admits that the '805 Patent indicates on its cover page that it was published on July 24, 2008, and issued on November 3, 2009. Sony admits that U.S. Patent No. 7,834,915 indicates on its cover page that it was issued from U.S. Patent App. No. 11/907,201, and that the '805 Patent was cited by a patent examiner. Sony admits that it became aware of the '266 Patent after service of the complaint in this lawsuit. Otherwise denied.

## CONCLUSION

109. Denied.

110. Denied.

## JURY DEMAND

111. No response is required to OIT's demand for jury trial.

## PRAYER FOR RELIEF

112. Sony denies that OIT is entitled to any of the relief listed in the Prayer for Relief section of its Complaint.

## AFFIRMATIVE DEFENSES

113. Sony asserts the following defenses to Plaintiff's Complaint and reserves the right to amend its Answer with additional defenses in light of information obtained through further investigation and discovery. Nothing herein shall be construed as an admission or acknowledgement that Defendant bears the burden of proof as to any of the following defenses.

## FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

114. OIT's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

**(Invalidity)**

115. The claims of each of the Asserted Patents are invalid because they fail to satisfy one or more of the conditions for patentability specified in Title 35, United States Code, including but not limited to Sections 101, 102, 103, 111, 112, 115, 116, 120, 256 and/or under the judicially-created doctrine of obviousness-type double patenting.

## THIRD AFFIRMATIVE DEFENSE

**(Noninfringement)**

116. Sony does not infringe and has not infringed any valid and enforceable claim of any of the Patents-in-Suit, either directly, indirectly, literally, or under the doctrine of equivalents.

## FOURTH AFFIRMATIVE DEFENSE

### (No Willful Infringement)

117. There is no willful infringement.

118. OIT is not entitled to enhanced or increased damages for willful infringement.

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

119. OIT's claims are barred in whole or in part by estoppel, including without limitation, prosecution history estoppel and judicial estoppel.

## SIXTH AFFIRMATIVE DEFENSE

### (Statutory Damages Limitation)

120. Any claim by OIT for damages is limited under Title 35 of the United States Code, including but not limited to §§ 286, 287, and 288.

## SEVENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

121. OIT lacks standing to bring the claims asserted in the Complaint.

## EIGHTH AFFIRMATIVE DEFENSE

### (No Entitlement to Equitable Relief)

122. OIT is not entitled to equitable relief because any injury to OIT is not immediate or irreparable, OIT would have an adequate remedy at law, and the balance of hardships and the public interest do not favor equitable relief. Further, OIT has failed to plead the requisite elements for such relief.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Sony requests a trial by jury as to all issues so triable.

## RESERVATION OF RIGHTS

Sony reserves the right to raise additional affirmative defenses as they become known through further investigation and discovery.

## PRAYER FOR RELIEF

WHEREFORE, Sony prays that the Court enter judgment against OIT in connection with OIT's Complaint, as follows:

A. Enter judgment in favor of Sony and against OIT and dismiss OIT's complaint with prejudice.

B. Preliminarily and permanently enjoin OIT, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice by personal service or otherwise, from asserting or threatening to assert against customers or potential customers of Defendant, or users of Defendant's products and services, any charge of infringement of the Patents-in-Suit.

C. Preliminarily and permanently enjoin OIT, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice by personal service or otherwise, from filing or prosecuting any civil action or actions against Defendant's customers, or users of Defendant's products and services, for alleged infringement the Patents-in-Suit.

D. Tax all costs against OIT.

E. Find this to be an exceptional case and award Sony its legal fees and costs under 35 U.S.C. § 285 and other applicable law; and

F. Grant Sony such further relief as the Court may deem just and proper.

Dated: July 3, 2024

*/s/ Michael N. Rader*
Deron R. Dacus
(Texas Bar No. 00790553)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903.705.1117 Phone
903.581.2543 Fax
ddacus@dacusfirm.com

Michael N. Rader (admitted *pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue, 25th Floor
New York, NY 10158
617.646.8000 Phone
617.646.8646 Fax
mrader@wolfgreenfield.com

*Counsel for Defendant Sony Corporation*