*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)          Agreed & Disputed Claim Constructions
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)                                      Exhibit A

## PATENT CLAIM TERMS FOR CONSTRUCTION

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| **U.S. Patent No. 7,612,805 (the "'805 Patent")** | | | |
| 1. **A digital imaging system** for image filtration comprising:<br>a **digital camera mechanism**, an optical lens mechanism, a digital sensor, a microprocessor, a digital signal processor, an application specific integrated circuit, system software, a database management system and a memory storage sub-system;<br>wherein the optical lens mechanism is a fixed focal length;<br>wherein **the aberrations** from the optical lens mechanism **are corrected** by applying digital filtration by using the application specific integrated circuit and the digital signal processor;<br>wherein the microprocessor **is used** to provide digital and optical data to the digital signal processor;<br>wherein the system software is organized to identify specific optical aberrations and to access the database to identify specific corrections to **the aberrations**;<br>wherein the system software forwards the data from the digital sensor to **the digital processor**;<br>wherein the digital signal processor selects a specific procedure to **optimize** the image and corrects **the aberrations**; | **"a digital imaging system"** followed by method steps, such as **"are corrected," "is used," "are forwarded," "is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20)<br><br>Proposed Construction: Plain and ordinary meaning; not indefinite | **"a digital imaging system"** followed by method steps, such as **"are corrected," "is used," "are forwarded," "is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20)<br><br>Proposed Construction: Indefinite | |
| | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15)<br><br>Proposed Construction: Plain and ordinary meaning" | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15)<br><br>Proposed Construction: "device for capturing images, as opposed to a cellular phone or PDA that also includes camera functionality" | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)

Agreed & Disputed Claim Constructions
Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| wherein the data **are forwarded** from the digital sensor to the digital signal processor by an application specific integrated circuit; wherein the digital signal processor applies a fast Fourier transform to a data file in order to satisfy a user specified special effects function; wherein the digital signal processor modifies the data file by applying the special effects function; and wherein the modified data file **consisting of** the digital data optimized from **the aberrations** that are corrected from the original optical image **is stored** in memory. | **"the aberrations"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24)<br><br>Proposed Construction: Plain and ordinary meaning; not indefinite | **"the aberrations"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24)<br><br>Proposed Construction: Indefinite | |
| | **"the digital processor"** ('805 patent claims 1-4, 9)<br><br>Proposed Construction: Plain and ordinary meaning; not Indefinite | **"the digital processor"** ('805 patent claims 1-4, 9)<br><br>Proposed Construction: Indefinite | |
| | **"optimize"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Plain and ordinary meaning; Not indefinite | **"optimize"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Indefinite | |
| | **"consisting of"** ('805 Patent claims 1-3 and 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2 and 4) | **"consisting of"** ('805 Patent claims 1-3 and 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2 and 4) | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)                     Agreed & Disputed Claim Constructions
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)                                         Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| | Proposed Construction: Plain and ordinary meaning | Proposed Construction: consisting of is a closed set | |
| 2. The system of claim 1: wherein the special effects function is a **color enhancing function**. | "color enhancing function" ('805 Patent Claim 2)

[AGREED] | "color enhancing function" ('805 Patent Claim 2)

[AGREED] | "color changes to an image" |
| 3. The system of claim 1: wherein the special effects function is a diffusion function of soft effect. | | | |
| 4. A **digital imaging system** for image filtration comprising: a **digital camera mechanism**, an optical lens mechanism, a digital sensor, a microprocessor, a digital signal processor, an application specific integrated circuit, system software, a database management system and a memory storage sub-system; wherein the optical lens mechanism is a fixed focal length; wherein **the aberrations** from the optical lens mechanism **are corrected** by applying digital filtration by using the application specific integrated circuit and digital signal processor; | **"a digital imaging system"** followed by method steps, such as **"are corrected," "is used," "are forwarded," "is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20)

Proposed Construction: Plain and ordinary meaning; not indefinite | **"a digital imaging system"** followed by method steps, such as **"are corrected," "is used," "are forwarded," "is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20)

Proposed Construction: Indefinite | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)  
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)

Agreed & Disputed Claim Constructions  
Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| wherein the microprocessor **is used** to provide digital and optical data to the digital signal processor;<br>wherein the system software is organized to identify specific optical aberrations and to access the database to identify specific corrections to **the aberrations**;<br>wherein the system software forwards the data from the digital sensor to **the digital processor**;<br>wherein the digital signal processor selects a specific procedure to **optimize** the image and corrects **the aberrations**;<br>wherein the data **are forwarded** from the digital sensor to the digital signal processor:<br>wherein a data file **is analyzed** by the microprocessor to separate specific objects in the image using the differentiation of the **depth-of-field**;<br>wherein the digital signal processor applies filtration only to specific objects in the image;<br>wherein **the aberrations** of the specific objects **are corrected**; and<br>wherein the digital signal processor forwards the modified date file to storage in memory. | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15)<br><br>Proposed Construction: Plain and ordinary meaning" | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15)<br><br>Proposed Construction: "device for capturing images, as opposed to a cellular phone or PDA that also includes camera functionality" | |
| | **"the aberrations"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24)<br><br>Proposed Construction: Plain and ordinary meaning; not indefinite | **"the aberrations"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24)<br><br>Proposed Construction: Indefinite | |
| | **"the digital processor"** ('805 patent claims 1-4, 9)<br><br>Proposed Construction: Plain and ordinary meaning; not indefinite | **"the digital processor"** ('805 patent claims 1-4, 9)<br><br>Proposed Construction: Indefinite | |
| | **"optimize"** ('805 Patent claims 1, 8, 9, 18, 21 and 24; '339 Patent | **"optimize"** ('805 Patent claims 1, 8, 9, 18, 21 and 24; '339 Patent | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)        Agreed & Disputed Claim Constructions
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)        Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| | claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Plain and ordinary meaning; Not indefinite | claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Indefinite | |
| | **"depth-of-field"** ('805 Patent claims 4, 8 and 21)<br><br>Proposed Construction: Plain and ordinary meaning | **"depth-of-field"** ('805 Patent claims 4, 8 and 21)<br><br>Proposed Construction: "the distance between the nearest and the furthest objects that are in focus in an image captured with a digital camera" | |
| 8. The system of claim 4:<br>wherein specific filtration applied to specific objects is soft effects. | | | |
| 9. A **digital imaging system** for image filtration comprising:<br>a **digital camera mechanism**, an optical lens mechanism, a digital sensor, a microprocessor, a digital signal processor, an application specific integrated circuit, system software, a database management system and a memory storage sub-system;<br>wherein **the aberrations** from the optical lens mechanism **are corrected** by applying digital | **"a digital imaging system"** followed by method steps, such as **"are corrected," "is used," "are forwarded," "is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; | **"a digital imaging system"** followed by method steps, such as **"are corrected," "is used," "are forwarded," "is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)      Agreed & Disputed Claim Constructions
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)                    Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| filtration by using the application specific integrated circuit and the digital signal processor;<br><br>wherein the microprocessor **is used** to provide digital and optical data to the digital signal processor; | '685 Patent claims 1-2, 4, 6, 14 and 20)<br><br>Proposed Construction: Plain and ordinary meaning; not indefinite | '685 Patent claims 1-2, 4, 6, 14 and 20)<br><br>Proposed Construction: Indefinite | |
| wherein the system software is organized to identify specific optical aberrations and to access the database to identify specific corrections to **the aberrations**;<br><br>wherein the system software forwards the data from the digital sensor to **the digital processor**;<br><br>wherein the digital signal processor selects a specific procedure to **optimize** the image and corrects **the aberrations**;<br><br>wherein the lens type is a zoom lens;<br><br>wherein the lens focal length alternates from specific fixed focal length lens settings in a succession of steps; | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15)<br><br>Proposed Construction: Plain and ordinary meaning" | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15)<br><br>Proposed Construction: "device for capturing images, as opposed to a cellular phone or PDA that also includes camera functionality" | |
| wherein optical aberrations **are corrected** with digital filtration to modify multiple images from different focal lengths in a succession of data files; and<br><br>wherein the modified data file **consisting of** the digital data optimized from **the aberrations** that **are corrected** from the original optical image **is stored** in memory. | **"the aberrations"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24)<br><br>Proposed Construction: Plain and ordinary meaning; not indefinite | **"the aberrations"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24)<br><br>Proposed Construction: Indefinite | |
| | **"the digital processor"** ('805 patent claims 1-4, 9) | **"the digital processor"** ('805 patent claims 1-4, 9) | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)　　　　　Agreed & Disputed Claim Constructions
Case Nos. **4**:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)　　　　　　　　　　　　　Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| | Proposed Construction: Plain and ordinary meaning; not Indefinite | Proposed Construction: Indefinite | |
| | **"optimize"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7 ,10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Plain and ordinary meaning; Not indefinite | **"optimize"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7 ,10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Indefinite | |
| | **"consisting of"** ('805 Patent claims 1-3 and 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2 and 4)<br><br>Proposed Construction: Plain and ordinary meaning | **"consisting of"** ('805 Patent claims 1-3 and 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2 and 4)<br><br>Proposed Construction: consisting of is a closed set | |
| 18. A method of image filtration which comprises:<br>a **digital camera mechanism**, an optical lens mechanism, a digital sensor, a microprocessor, a digital signal processor, an application specific integrated circuit, system software, a database management system and a memory storage sub-system;<br>wherein **the aberrations** from the optical lens mechanism are corrected by applying digital | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15) | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15)<br><br>Proposed Construction: "device for capturing | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)

Agreed & Disputed Claim Constructions
Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| filtration by using the application specific integrated circuit and the digital signal processor, the method consisting of; <br><br> forwarding the data from a digital sensor to a digital signal processor by an application specific integrated circuit; <br><br> providing digital and optical data to the digital signal processor; <br><br> identifying specific optical aberrations and accessing a database to identify specific corrections to **the aberrations**: <br><br> selecting a specific procedure from the database using the microprocessor to **optimize** the image and correct the aberrations: <br><br> applying digital filtration by using the application specific integrated circuit and digital signal processor to correct digital or optical aberrations: <br><br> applying a fast Fourier transform to a data file in order to satisfy a user specified special effects function; <br><br> modifying the data file by applying the special effects function using the digital signal processor; and <br><br> storing the data file in memory. | Proposed Construction: Plain and ordinary meaning" <br><br> **"the aberrations"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24) <br><br> Proposed Construction: Plain and ordinary meaning; not indefinite <br><br> **"optimize"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20) <br><br> Proposed Construction: Plain and ordinary meaning; Not indefinite | images, as opposed to a cellular phone or PDA that also includes camera functionality" <br><br> **"the aberrations"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24) <br><br> Proposed Construction: Indefinite <br><br> **"optimize"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20) <br><br> Proposed Construction: Indefinite | |
| **21.** A method of image filtration which comprises: <br><br> a **digital camera mechanism**, an optical lens mechanism, a digital sensor, a microprocessor, a digital signal processor, an application specific | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)

Agreed & Disputed Claim Constructions
Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| integrated circuit, system software, a database management system and a memory storage sub-system; wherein **the aberrations** from the optical lens mechanism are corrected by applying digital filtration by using the application specific integrated circuit and digital signal processor, the method consisting of; forwarding the data from a digital sensor to a digital signal processor; analyzing a data file by the microprocessor to separate specific objects it the image using the differentiation of the **depth-of-field**: providing digital and optical data to the digital signal processor; identifying specific optical aberrations and accessing a database to identify specific corrections to **the aberrations**; selecting a specific procedure from the database using the microprocessor to **optimize** the image and correct **the aberrations**; applying digital filtration by using the application specific integrated circuit and digital signal processor to correct digital or optical aberrations; correcting **the aberrations** of the specific objects in the image by applying the digital signal processor filtration; and forwarding the modified data file from the digital signal process to storage in memory. | claims 1-4, 6, 7, 10, 14, 15) <br><br> Proposed Construction: Plain and ordinary meaning" | claims 1-4, 6, 7, 10, 14, 15) <br><br> Proposed Construction: "device for capturing images, as opposed to a cellular phone or PDA that also includes camera functionality" | |
| | **"the aberrations"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24) <br><br> Proposed Construction: Plain and ordinary meaning; not indefinite | **"the aberrations"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24) <br><br> Proposed Construction: Indefinite | |
| | **"depth-of-field"** ('805 Patent claims 4, 8 and 21) <br><br> Proposed Construction: Plain and ordinary meaning | **"depth-of-field"** ('805 Patent claims 4, 8 and 21) <br><br> Proposed Construction: "the distance between the nearest and the furthest objects that are in focus in an image captured with a digital camera" | |
| | **"optimize"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7, 10, 14 | **"optimize"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7, 10, 14 | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)  
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)

Agreed & Disputed Claim Constructions  
Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| | and 15; '685 Patent claims 1-2, 4, 14, 20) <br><br> Proposed Construction: Plain and ordinary meaning; Not indefinite | and 15; '685 Patent claims 1-2, 4, 14, 20) <br><br> Proposed Construction: Indefinite | |
| **24.** A method of image filtration comprising: <br> **a digital camera mechanism**, an optical lens mechanism, a digital sensor, a microprocessor, a digital signal processor, an application specific integrated circuit, system software, a database management system and a memory storage sub-system; <br> wherein **the aberrations** from the optical lens mechanism are corrected by applying digital filtration by using the application specific integrated circuit and digital signal processor, the method consisting of; <br> alternating the lens focal length of a zoom lens from specific fixed focal length lens settings in a succession of steps; <br> creating data files corresponding to each focal length lens setting; <br> forwarding the data from a digital sensor to the digital signal processor; <br> providing digital and optical data to a digital signal processor; <br> identifying specific optical aberrations and accessing a database to identify specific corrections to **the aberrations**; | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15) <br><br> Proposed Construction: Plain and ordinary meaning" | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15) <br><br> Proposed Construction: "device for capturing images, as opposed to a cellular phone or PDA that also includes camera functionality" | |
| | **"the aberrations"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24) <br><br> Proposed Construction: Plain and ordinary meaning; not indefinite | **"the aberrations"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24) <br><br> Proposed Construction: Indefinite | |
| | **"optimize"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7, 10, 14 | **"optimize"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7, 10, 14 | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)    Agreed & Disputed Claim Constructions
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)    Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| selecting a specific procedure from the database using the microprocessor to **optimize** the image and correct **the aberrations**;<br><br>applying digital filtration by using the application specific integrated circuit and digital signal processor to correct digital or optical aberrations;<br><br>correcting optical aberrations with digital filtration to modify multiple images from different focal lengths in a succession of data files; and<br><br>storing the modified data files in memory. | and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Plain and ordinary meaning; Not indefinite | and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Indefinite | |
| **U.S. Patent No. 8,451,339 (the "'339 Patent")** | | | |
| 1. A **digital imaging system** for correcting optical image aberrations comprising:<br><br>a **digital camera mechanism**, an optical lens mechanism, a digital sensor, a microprocessor, a digital signal processor, system software, a database management system and a memory storage sub-system;<br><br>wherein the optical lens mechanism is a fixed focal length lens;<br><br>wherein a microprocessor uses system software to identify at least one optical aberration by accessing the database;<br><br>wherein the microprocessor uses the database to identify at least one algorithm to use to correct the at least one optical aberration;<br><br>wherein when the image file is captured by the digital sensor the digital file is forwarded to the digital signal processor; | **"a digital imaging system"** followed by method steps, such as **"are corrected," "is used," "are forwarded," "is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20)<br><br>Proposed Construction: Plain and ordinary meaning; not indefinite<br><br>**"a digital camera mechanism"** ('805 | **"a digital imaging system"** followed by method steps, such as **"are corrected," "is used," "are forwarded," "is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20)<br><br>Proposed Construction: Indefinite<br><br>**"a digital camera mechanism"** ('805 | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)

Agreed & Disputed Claim Constructions
Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| wherein the image file with the at least one optical aberration **is corrected** by applying digital filtration by using at least one algorithm in the digital signal processor; and<br>wherein the modified digital file **consisting of** the digital data **optimized** from the at least one optical aberration that are corrected from the original optical image **is stored** in memory. | Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15)<br><br>Proposed Construction: Plain and ordinary meaning" | Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15)<br><br>Proposed Construction: "device for capturing images, as opposed to a cellular phone or PDA that also includes camera functionality" | |
| | **"optimized"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7 ,10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Plain and ordinary meaning; Not indefinite | **"optimized"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7 ,10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Indefinite | |
| | "**consisting of**" ('805 Patent claims 1-3 and 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2 and 4)<br><br>Proposed Construction: Plain and ordinary meaning | "**consisting of**" ('805 Patent claims 1-3 and 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2 and 4)<br><br>Proposed Construction: consisting of is a closed set | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)

Agreed & Disputed Claim Constructions
Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| 2. The system of claim 1:<br>wherein the optical aberrations include at least one of spherical, comatic, lens distortion, astigmatism, curvature of field, pin cushion, barrel distortion, chromatic aberrations, scattered light, red eye, dust and/or flare types of optical aberrations. | | | |
| 3. The system of claim 1:<br>wherein the optical aberration is **vignetting**;<br>wherein the digital signal processor applies neutral density filtration from one third of a **stop** to three **stops** in the center of the image and/or wherein the digital signal processor applies an algorithm to lighten the corners of the image or the digital signal processor applies both neutral density filtration in the image center and/or an algorithm to lighten the comers of the image; and<br>wherein the image exposure is optimized to correct the **vignetting**. | "vignetting" ('339 Patent claims 3 and 15)<br><br>[AGREED]<br><br>"stop(s)" ('339 patent claim 3)<br><br>[AGREED] | "vignetting" ('339 Patent claims 3 and 15)<br><br>[AGREED]<br><br>"stop(s)" ('339 patent claim 3)<br><br>[AGREED] | "an effect in which the edges of an image are darker than the image's center"<br><br>"an increment reflecting a halving or doubling of light exposure" |
| 4. The system of claim 1:<br>wherein the digital signal processor applies at least one fast Fourier transform (FFT) algorithm to correct the at least one optical aberration. | | | |
| 6. A **digital imaging system** for correcting image aberrations comprising:<br>a **digital camera mechanism**, an optical lens mechanism, a digital sensor, an integrated circuit, a digital signal processor, system | **"a digital imaging system"** followed by method steps, such as **"are corrected," "is used," "are forwarded,"** | **"a digital imaging system"** followed by method steps, such as **"are corrected," "is used," "are forwarded,"** | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)                     Agreed & Disputed Claim Constructions
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)                                                    Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| software, a database management system and a memory storage sub-system; <br><br> wherein the optical lens mechanism is a zoom lens or a fixed focal length lens; <br><br> wherein the image data file **is forwarded** from the digital sensor to storage in memory; <br><br> wherein at least one optical and/or digital aberration in the image file are identified by comparing image files in the database management system by using the system software and the integrated circuit; <br><br> wherein the at least one filtration algorithms required to correct the at least one optical and/or digital aberration **are sent** from the integrated circuit to the digital signal processor; <br><br> wherein the at least one optical and/or digital aberration from the optical lens mechanism **are corrected** by using the digital signal processor to apply digital filtration algorithm; and <br><br> wherein the modified digital file **consisting of** the digital data **optimized** from the at least one aberration that **are corrected** from the original optical image **is stored** in memory. | **"is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20) <br><br> Proposed Construction: Plain and ordinary meaning; not indefinite | **"is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20) <br><br> Proposed Construction: Indefinite | |
| | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15) <br><br> Proposed Construction: Plain and ordinary meaning" | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15) <br><br> Proposed Construction: "device for capturing images, as opposed to a cellular phone or PDA that also includes camera functionality" | |
| | **"consisting of"** ('805 Patent claims 1-3 and 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2 and 4) | **"consisting of"** ('805 Patent claims 1-3 and 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2 and 4) | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)  Agreed & Disputed Claim Constructions
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)  Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| | Proposed Construction: Plain and ordinary meaning | Proposed Construction: consisting of is a closed set | |
| | **"optimized"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7 ,10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Plain and ordinary meaning; Not indefinite | **"optimized"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7 ,10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Indefinite | |
| 7. The system of claim 6:<br>wherein the optical aberrations include spherical, comatic, lens distortion, astigmatism, chromatic aberrations, curvature of field, pin cushion, barrel distortion, scattered light, red eye, dust and/or flare types of optical aberrations. | | | |
| 10. The system of claim 6:<br>wherein the digital signal processor applies color filtration to the image file. | | | |
| 14. A **digital imaging system** for correcting image aberrations comprising:<br>a **digital camera mechanism**, an optical lens mechanism, a digital sensor, a microprocessor, a digital signal processor, system software, a database management system and a memory storage sub-system;<br>wherein the optical lens mechanism is a zoom lens; | **"a digital imaging system"** followed by method steps, such as **"are corrected," "is used," "are forwarded," "is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, | **"a digital imaging system"** followed by method steps, such as **"are corrected," "is used," "are forwarded," "is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)                    Agreed & Disputed Claim Constructions
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)                                              Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| wherein the zoom lens changes focal length positions;<br>wherein when the image file is captured by the digital sensor the file is forwarded to the digital signal processor and to memory;<br>wherein the microprocessor uses system software to access the database to identify at least one optical aberration in the image file at any focal length of a zoom lens configuration;<br>wherein the microprocessor accesses the database to obtain at least one filtration correction algorithm to the optical aberrations and forwards the at least one filtration algorithms to the digital signal processor;<br>wherein the image file **is forwarded** to the digital signal processor which applies at least one filtration algorithm to **optimize** the image and corrects the at least one optical aberration at the specific focal length in the zoom lens configuration; and<br>wherein the modified image file **consisting of** the digital data optimized from the at least one optical aberration of a specific focal length of the zoom lens that **are corrected** from the original optical image **is stored** in memory. | 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20)<br><br>Proposed Construction: Plain and ordinary meaning; not indefinite | 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20)<br><br>Proposed Construction: Indefinite | |
| | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15)<br><br>Proposed Construction: Plain and ordinary meaning | **"a digital camera mechanism"** ('805 Patent claims 1-4, 8, 9, 18, 21, 24; '339 Patent claims 1-4, 6, 7, 10, 14, 15)<br><br>Proposed Construction: "device for capturing images, as opposed to a cellular phone or PDA that also includes camera functionality" | |
| | **"optimize"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7 ,10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Plain and ordinary meaning; Not indefinite | **"optimize"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7 ,10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Indefinite | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)          Agreed & Disputed Claim Constructions
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)                                    Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| | "**consisting of**" ('805 Patent claims 1-3 and 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2 and 4)<br><br>Proposed Construction: Plain and ordinary meaning | "**consisting of**" ('805 Patent claims 1-3 and 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2 and 4)<br><br>Proposed Construction: consisting of is a closed set | |
| 15. The system of claim 14:<br>wherein the optical aberrations include vignetting, spherical, comatic, lens distortion, chromatic aberrations, curvature of field, pin cushion, barrel distortion, scattered light, red eye, dust and/or flare types of optical aberrations. | "vignetting" ('339 Patent claims 3 and 15)<br><br>[AGREED] | "vignetting" ('339 Patent claims 3 and 15)<br><br>[AGREED] | "an effect in which the edges of an image are darker than the image's center" |
| **U.S. Patent No. 10,873,685 (the "'685 Patent)** | | | |
| 1. A **digital imaging system** for correcting optical image aberrations in a digital video, comprising:<br>a digital video camera including in-camera software, an optical lens mechanism, at least one digital sensor for capturing the digital video, an integrated circuit including;<br>a digital signal processor configured to access a database management system including a plurality of optical image aberration corrections, and a memory storage sub-system;<br>wherein the optical lens mechanism is a zoom lens or a fixed focal length lens;<br>wherein the integrated circuit uses the in-camera software to identify at least one optical image aberration and to correct the at least one optical | "**a digital imaging system**" followed by method steps, such as "**are corrected,**" "**is used,**" "**are forwarded,**" "**is stored,**" "**is applied,**" "**is analyzed**" ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20) | "**a digital imaging system**" followed by method steps, such as "**are corrected,**" "**is used,**" "**are forwarded,**" "**is stored,**" "**is applied,**" "**is analyzed**" ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20)<br><br>Proposed Construction: Indefinite | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)                    Agreed & Disputed Claim Constructions
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)                                                      Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| image aberration in at least one frame of the digital video using at least one of the plurality of optical image aberration corrections in the database;<br>wherein the video **is captured** by the at least one digital sensor and **is forwarded** to the digital signal processor;<br>wherein the video image file with the at least one optical image aberration **is corrected** by applying digital filtration using the digital signal processor; and<br>wherein the corrected video **consisting of** the digital data **optimized** from the at least one optical image aberration that **are corrected** from the original video image **is stored** in the memory storage sub-system. | Proposed Construction: Plain and ordinary meaning; not indefinite | | |
| | "**consisting of**" ('805 Patent claims 1-3 and 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2 and 4)<br><br>Proposed Construction: Plain and ordinary meaning | "**consisting of**" ('805 Patent claims 1-3 and 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2 and 4)<br><br>Proposed Construction: consisting of is a closed set | |
| | "**optimized**" ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7 ,10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Plain and ordinary meaning; Not indefinite | "**optimized**" ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7 ,10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Indefinite | |
| 2. The system of claim 1:<br>wherein the optical image aberrations include at least one of spherical, comatic, lens distortion, astigmatism, curvature of field, pin cushion, barrel distortion, chromatic aberrations, scattered light, and/or flare types of optical image aberrations. | | | |
| 4. The system of claim 1: | | | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)                     Agreed & Disputed Claim Constructions
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)                                                    Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| wherein the digital signal processor applies at least one fast Fourier transform (FFT) algorithm to correct the at least one optical image aberration. | | | |
| 6. **A digital imaging system** for correcting image aberrations comprising:<br>a digital video camera including in-camera software, an optical lens mechanism, at least one digital sensor for capturing digital video, an integrated circuit including a digital signal processor configured to access a database management system including a plurality of optical image aberration corrections, and a memory storage sub-system;<br>wherein the optical lens mechanism is a zoom lens or a fixed focal length lens;<br>wherein the video **is forwarded** to storage in memory;<br>wherein at least one optical aberration in at least two frames of the digital video **are identified** using the in-camera software and the integrated circuit;<br>wherein the at least one optical aberration from the optical lens mechanism of at least two frames of the digital video **are corrected** by using the digital signal processor to apply at least one digital filtration algorithm; and<br>wherein the corrected digital video file **is stored** in memory. | **"a digital imaging system"** followed by method steps, such as **"are corrected," "is used," "are forwarded," "is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20)<br><br>Proposed Construction: Plain and ordinary meaning; not indefinite | **"a digital imaging system"** followed by method steps, such as **"are corrected," "is used," "are forwarded," "is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20)<br><br>Proposed Construction: Indefinite | |
| 14. **A digital imaging system** for correcting image aberrations comprising: | **"a digital imaging system"** followed by method steps, such as | **"a digital imaging system"** followed by method steps, such as | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)

Agreed & Disputed Claim Constructions
Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| a digital video camera including in-camera software, an optical lens mechanism, at least one digital sensor for capturing digital video, an integrated circuit including a digital signal processor configured to access a database management system including a plurality of optical image aberration corrections, and a memory storage sub-system; wherein the optical lens mechanism is a zoom lens; wherein the zoom lens changes focal length positions; wherein when the digital video **is forwarded** to the digital signal processor and to memory; wherein the integrated circuit uses system software to access the database to identify at least one optical aberration in at least one frame of the video at any focal length of a zoom lens configuration; wherein the integrated circuit accesses the database to obtain at least one filtration correction algorithm to the optical image aberration of at least one frame in the video file and forwards the at least one filtration algorithms to the digital signal processor; wherein the digital video **is forwarded** to the digital signal processor which applies at least one filtration algorithm to **optimize** the digital video and corrects the at least one optical image aberration in at least one video frame for the at least one focal length in the zoom lens configuration; and | **"are corrected," "is used," "are forwarded," "is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20)<br><br>Proposed Construction: Plain and ordinary meaning; not indefinite | **"are corrected," "is used," "are forwarded," "is stored," "is applied," "is analyzed"** ('805 Patent claims 1-4, 8, 9; '339 Patent claims 1-4, 6, 7, 10, 14 and 15; '685 Patent claims 1-2, 4, 6, 14 and 20)<br><br>Proposed Construction: Indefinite | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)                    Agreed & Disputed Claim Constructions
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)                                                    Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| wherein the corrected digital video **is stored** in memory. | | | |
| | **"optimize"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7 ,10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Plain and ordinary meaning; Not indefinite | **"optimize"** ('805 Patent claims 1-4, 8, 9, 18, 21 and 24; '339 Patent claims 1-4, 6, 7 ,10, 14 and 15; '685 Patent claims 1-2, 4, 14, 20)<br><br>Proposed Construction: Indefinite | |
| 20. The system of claim 1, wherein the system is configured to correct red-eye. | | | |
| **U.S. Patent No. 10,877,266 (the "'266 Patent")** | | | |
| 1. A method of processing one or more images with **a digital camera**, comprising:<br>digitally processing at least one captured image, the processing using in-camera hardware and software that is configured to:<br>perform a plurality of image correction algorithms,<br>process image correction data stored in a database system,<br>receive updated software and image correction data, and<br>upgrade the **digital camera** with the updated software and image correction data;<br>storing in memory one or more corrected images resulting from digitally processing the at least one captured image; and | **Preamble** is not limiting<br>"**digital camera**" ('266 Patent claims 1, 2, 10, 21-23 and 28)<br><br>Proposed Construction: Plain and ordinary meaning<br><br>"**improved algorithms**" ('266 Patent claims 1, 2, 10, 21-23 and 28-29) | **Preamble** is limiting<br>"**digital camera**" ('266 Patent claims 1, 2, 10, 21-23 and 28)<br><br>Proposed Construction: "device for capturing images, as opposed to a cellular phone or PDA that also includes camera functionality"<br><br>"**improved algorithms**" ('266 Patent claims 1, 2, 10, 21-23 and 28-29) | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)                                    Agreed & Disputed Claim Constructions
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)                                                    Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| wirelessly transmitting at least one of the one or more corrected images, wherein the in-camera software and database system are upgradable to provide **improved algorithms** and correction data for correction of images. | Proposed Construction: Plain and ordinary meaning; not indefinite | Proposed Construction: Indefinite | |
| 2. The method of claim 1, wherein the digitally processing at least one captured image further comprises: electronically reading stored user-adjustable variables; and processing image corrections using the user-adjustable variables. | | | |
| 10. The method of claim 2, wherein the user-adjustable variables include special effects. | | | |
| 21. The method of claim 1, wherein the image processing algorithms include a fast Fourier transform. | | | |
| 22. **A method of displaying one or more images captured by a digital camera on an external monitor**, comprising: digitally processing at least one captured image to produce one or more corrected image, the processing using in-camera hardware and software that is configured to: perform a plurality of image correction algorithms, process image correction data stored in a database system, | **Preamble** is not limiting<br><br>"**digital camera**" ('266 Patent claims 1, 2, 10, 21-23 and 28)<br><br>Proposed Construction: Plain and ordinary meaning | **Preamble** is limiting<br><br>"**digital camera**" ('266 Patent claims 1, 2, 10, 21-23 and 28)<br><br>Proposed Construction: "device for capturing images, as opposed to a cellular phone or PDA that also includes camera functionality" | |

*Optimum Imaging Techs. LLC v. Fujifilm Corp.* (lead case)
Case Nos. 4:23-cv-00922, -923, -924, -927, -928 (E.D. Tex.)

Agreed & Disputed Claim Constructions
Exhibit A

| Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| store updated software or image correction data or both, and upgrade the **digital camera** with the updated software or image correction data or both; and wirelessly transmitting at least one of the one or more corrected images in a format that the external monitor can receive, wherein the in-camera software and database system are upgradable to provide **improved algorithms** and correction data for correction of images. | "**improved algorithms**" ('266 Patent claims 1, 2, 10, 21-23 and 28-29) Proposed Construction: Plain and ordinary meaning; not indefinite | "**improved algorithms**" ('266 Patent claims 1, 2, 10, 21-23 and 28-29) Proposed Construction: Indefinite | |
| 23. The method of claim 22, wherein the digitally processing at least one captured image further comprises: electronically reading stored user-adjustable variables; and processing image corrections using the user-adjustable variables. | | | |
| 28. The method of claim 1, further comprising: detecting dust on the digital image sensor; and digitally correcting for dust on a digital image sensor of the digital camera. | | | |
| 29. The method of claim 1, further comprising: correcting for a dead pixel on a digital image sensor of the digital camera. | | | |